# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | **Case No. 2:12-CR-128** |
| **BARBARA J. CUMMINGS and** | **Judge Peter C. Economus** |
| **CHESAPEAKE CORPORATION,** | **ORDER** |
| Defendants. | |

There being no objections, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation (doc. # 25) that their plea agreements and Defendants Barbara J. Cummings and Chesapeake Corporation's guilty pleas be accepted.  The Court accepts Defendants' pleas of guilty to Count One of the Information, on which Defendants are hereby adjudged guilty.

**IT IS SO ORDERED.**

/s/ Peter C. Economus
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**